LAW OFFICES OF P. RANDALL NOAH
P. RANDALL NOAH
pnoah@ix.netcom.com
21 Orinda Way, Suite C, #316
Orinda, CA 94563
Telephone: (925) 253.5540

Attorneys for Plaintiff
ROBERT FOWLER

SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
MICHELLE Y. McISAAC  Bar No. 215294
michelle.mcisaac@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900

Attorneys for Defendant
HARTFORD LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| ROBERT FOWLER, | CASE NO.  2:10-CV-01006 MCE-DAD |
|---|---|
| Plaintiff, | ORDER GRANTING JOINT NOTICE OF CONDITIONAL SETTLEMENT |
| v. | |
| HARTFORD LIFE INSURANCE COMPANY, | |
| Defendant. | |

ORDER

IT IS SO ORDERED that the parties shall have ninety (90) days in which to file a stipulation for dismissal as set forth in their joint notice of conditional settlement.  All pending dates are vacated.

DATED:  July 12, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

SF/1708847v1

-1-

ORDER GRANTING JOINT NOTICE OF CONDITIONAL SETTLEMENT