SEDGWICK, DETERT, MORAN & ARNOLD LLP
BRUCE D. CELEBREZZE  Bar No. 102181
bruce.celebrezze@sdma.com
DENNIS G. ROLSTAD  Bar No. 150006
dennis.rolstad@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - SACRAMENTO

| | |
|---|---|
| ROBERT FOWLER,<br><br>   Plaintiff,<br><br>   v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>   Defendant. | CASE No.: 2:10-cv-01006 MCE-DAD<br><br>ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |

Based upon the parties' Stipulation of Dismissal With Prejudice, it is hereby ORDERED that this action is dismissed in its entirety with prejudice.  Each party shall bear his or its own attorneys' fees and costs.  The Clerk is directed to close the file.

IT IS SO ORDERED.

DATED: October 6, 2010

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-1-

PDF created with pdfFactory trial version www.pdffactory.com